TERRY OF THE FAMILY PARKS, Plaintiff-Appellant,

v.

THE COMMONWEALTH OF VIRGINIA DEPARTMENT OF SOCIAL SERVICES CHILD SUPPORT ENFORCEMENT SERVICES, Defendant-Appellee.

No. 16-1956

United States Court of Appeals, Fourth Circuit.

Submitted: December 13, 2016

Decided: December 30, 2016

Terry Parks, Appellant Pro Se. Nancy J. Crawford, Janice W. McDaniel, Scott F. Weber, Division of Child Support Enforcement, Fairfax, Virginia, for Appellee.

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Parks appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Parks v. Va. Dep't of Soc. Servs. Div. of Child Support Enf't Servs., No. 1:16–cv–00568–JCC–TCB, 2016 WL 4384343 (E.D. Va. Aug. 17, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED